

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2025-1
SEPTEMBER 30, 2025 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:25-cr-173
    18 U.S.C. § 1361

JOE CLAUDE SCHLEIDER

### I N D I C T M E N T

The Grand Jury Charges:

On or about May 6, 2025, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant JOE CLAUDE SCHLEIDER did willfully injure and commit a depredation against property of the United States and the damage to such property exceeded the sum of $1000.

In violation of Title 18, United States Code, Section 1361.

LISA G. JOHNSTON
Acting United States Attorney

By: _____
LESLEY SHAMBLIN
Assistant United States Attorney